EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 846-2013-31603 |

TENNESSEE HUMAN RIGHTS COMMISSION and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Kenneth K. Wooten | (662) 267-8501 | [redacted] |

| Street Address | City, State and ZIP Code |
|---|---|
| 5913 Belle Point Dr, Southaven, MS 38672 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| BUILDERS TRANSPORTATION COMPANY | 500 or More | (901) 396-1220 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3710 Tulane, Memphis, TN 38116 | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-22-2012    Latest: 01-04-2013
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began working for the above named company as a Truck Driver on October 10, 2010. I was falsely accused of having a preventable accident on October 22, 2012. The situation was an incident not an accident. Also, I was accused of having other preventable accidents that never occurred. When the doctor released me for full duty on January 4, 2013, the company terminated me for a preventable accident. As a result, the company false accusations, they placed me on the DAC Report, and I am being denied employment in my profession of Truck Driver.

I believe I was terminated due to my race (Black) in violation of Title VII of the Civil Rights Act of 1964, as amended. A White truck driver who actually had preventable accidents which resulted in the company being out of great sums of money, he received worker's compensation, was given light duty to work in the office, and was not terminated.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: _____  Charging Party Signature: _____

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

EEOC Form 161 (11/09)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Kenneth K. Wooten<br>5913 Belle Point Dr<br>Southaven, MS 38672 | From: | Memphis District Office<br>1407 Union Avenue<br>Suite 901<br>Memphis, TN 38104 |
|---|---|---|---|

[ ]    On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2013-31603 | Patricia A. Alexander, Investigator | (901) 544-0076 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)     Katharine W. Kores, Director     AUG 12 2014 (Date Mailed)

cc: David M. Rudolph
Atty for Builders Transportation
BOURLAND, HEFLIN, ET. AL.
5400 Poplar Avenue, Suite 100
Memphis, TN 38119



# CITY OF MEMPHIS 2015 RETIREE MEDICAL PLAN
## ENROLLMENT/CHANGE FORM

### Retiree Information

| Social Security No. | City Oracle ID No. | Gender: | Effective Date of Enrollment/Change: |
|---|---|---|---|
| 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 | 3799 | X Male __ Female | 01-01-2015 |

**Last name:** (If Applicable Name must match Medicare Health Insurance Card) COPLEY  **First name:** BARRY  **Middle initial:** E.

*This section to be completed only if the Retiree has Medicare coverage*

Medicare Claim Number: _____   Hospital Part A Effective date: _____   Medical Part B Effective date: _____

Permanent residence street address (P.O. box is not allowed): 7791 WIDGEON LAKE CV.

| City: CORDOVA | State: TN | ZIP code: 38016 | County: SHELBY | Email address: ICECOP9@GMAIL.COM |

**A. REASON FOR ENROLLMENT/CHANGE:**
___ I am enrolling during Annual Enrollment    ___ Qualifying Life Event (QLE)*

*You must submit this form along with required documentation within 60 days of the event date. Please Provide QLE and date of event:

**B. BENEFIT ELECTION – MEDICAL PLAN**

[X] I Decline City Medical Coverage and Cancel my current medical coverage

___ Basic  ___ Premier

___ Retiree only  ___ Retiree + 1  ___ Retiree + Family
___ Spouse Only  ___ Spouse +1  ___ Spouse + Family
___ Check here if spouse is entitled to City Subsidy

Medicare Supplement: ___ Plan F
                      ___ Plan G
                      ___ Plan N

___ Retiree only  ___ Retiree + 1  ___ Retiree + Family
___ Spouse Only  ___ Spouse +1  ___ Spouse + Family
___ Check here if spouse is entitled to City Subsidy

Medicare Part D:
___ Rx Plan 1-$10/20/40/40 (with donut hole coverage)
___ Rx Plan 2-$10/30/50/70 (with donut hole coverage)
___ Rx Plan 3-$10/20/40/40 (w/out donut hole coverage)
___ Rx Plan 4-$10/30/50/70 (w/out donut hole coverage)

___ Retiree only  ___ Retiree + 1  ___ Retiree + Family
___ Spouse Only  ___ Spouse +1  ___ Spouse + Family
___ Check here if spouse is entitled to City Subsidy

Medicare Advantage:
___ MA-Mid-Plan with $10/25/50 rx
___ MA High- Plan with $5/10/25 rx

___ Retiree only  ___ Retiree + 1  ___ Retiree + Family
___ Spouse Only  ___ Spouse +1  ___ Spouse + Family
___ Check here if spouse is entitled to City Subsidy

*If you are enrolling in a Medicare Advantage Plan each individual to enroll must provide the following:*

| Name | Gender | Social Security No. | Medicare Claim No. | TCR and Medicare ID No. |
|---|---|---|---|---|
|  |  |  |  |  |

Retiree Signature: *Barry E. Copley*    Date: 10-22-2014
Spouse Signature: *Donna K. Copley*    Date: 10-28-2014

30