# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

**KENNETH K. WOOTEN,**                    **JUDGMENT IN CIVIL CASE**
**Plaintiff,**

V.                                        CASE No.2:14cv2882 dkv

**BUILDERS TRANSPORTATION COMPANY**
**Defendant**

_____


**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJOURNED** in accordance with the Order Granting Motion for Summary Judgment, entered on May 8, 2015, this cause is dismissed with prejudice.


**APPROVED:**

s/Diane K. Vescovo
**DIANE K. VESCOVO**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

                                          s/Thomas M. Gould
Date: May 12, 2015                        **Clerk of Court**


                                          s/Chris Sowell
                                          **(By)Deputy Clerk**